Hyman Baum, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Bedford Auto Exchange, Appellant, v. Henry Mohr, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Board of Education of Union Free School District No. 4 of the Town of North Hempstead in the County of Nassau, Appellant, v. James S. Cooley, as School Commissioner, Defendant, Impleaded with Village of Mott's Point and Others, Claiming to Be Municipal Corporations, Respond-- ents.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Anna M. Brooks, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Aron Chorost, Appellant, v. Louis Teitelbaum, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. As defendant admitted an indebtedness of eighteen dollars, judgment should not have been entered dismissing plaintiff's complaint. In view of the confused character of the testimony given upon the trial of this action, we think, in the interest of justice, that instead of requiring defendant to stipulate for judgment for the sum admitted to be due, with costs, a new trial should be ordered, when perhaps the testimony may be presented in a more intelligible manner. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Henry Doscher and Others, as Executors, etc., of Claus Doscher, Deceased, Respondents, and Gesine Engel, as Executrix, etc., of Claus Doscher, Deceased, Appellant, v. Edward W. Lauer and Others, Respondents, Impleaded with Clarence I. Horton and Edith E. Mandeville, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Sarah A. Gallagher, Respondent, v. George S. Billings, Individually and as Substituted Trustee, etc., and Others, Respondents. Robert Porterfield and Sarah Cecile Beloe Nichols, Individually and as Executrix, etc., Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Sarah A. Gallagher, Respondent, v. George S. Billings, Individually and as Substituted Trustee, etc., and Others, Respondents. Robert Porterfield and Sarah Cecile Beloe Nichols, Individually and as Executrix, etc., Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Fannie Hondelman, Respondent, v. William F. Barry and Boris